UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMI FUQUA,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC.,<br><br>    Defendant. | Case No. 16-cv-01193-JCS<br><br>**ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR SUMMARY JUDGMENT**<br><br>Re: Dkt. No. 33 |

    Defendant United Parcel Service, Inc.'s motion for summary judgment (dkt. 33) is GRANTED as to Plaintiff Tammi Fuqua's fourth and eighth claims, for disability discrimination based on a theory of disparate impact and for violation of section 201 of the California Labor Code, and as to her prayer for punitive damages. The motion is otherwise DENIED.[1] A detailed order explaining the Court's reasoning will follow.

    **IT IS SO ORDERED.**

Dated: September 26, 2017

                                    JOSEPH C. SPERO
                                    Chief Magistrate Judge

---

[1] The parties have consented to the jurisdiction of the undersigned magistrate judge for all purposes pursuant to 28 U.S.C. § 636(c).