UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMI FUQUA,<br><br>  Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC.,<br><br>  Defendant. | Case No. 16-cv-01193-JSC<br><br>**SECOND PROPOSED VERDICT FORM** |

We, the jury, unanimously find as follows:

**PART A: DISABILITY DISCRIMINATION—REASONABLE ACCOMMODATION**

**1. Did Tammi Fuqua have a disability that limited a major life activity?**

 \_\_\_\_\_ Yes   \_\_\_\_\_ No

*If your answer to Question 1 is "Yes," continue to Question 2. If your answer to Question 1 is "No," <u>do not answer any further questions in any part of the verdict form.</u> Sign and date the form, and notify the courtroom deputy that you are finished.*

**2. Did UPS know of Tammi Fuqua's disability that limited a major life activity?**

 \_\_\_\_\_ Yes   \_\_\_\_\_ No

*If your answer to Question 2 is "Yes," continue to Question 3. If your answer to Question 2 is "No," <u>do not answer any further questions in Part A</u>, and continue to Part B.*

**3. Was Tammi Fuqua able to perform the essential job duties with reasonable accommodation for her disability?**

 \_\_\_\_\_ Yes   \_\_\_\_\_ No

*If your answer to Question 3 is "Yes," continue to Question 4. If your answer to Question 3 is "No," <u>do not answer any further questions in Part A</u>, and continue to Part B.*

**4. Did UPS fail to provide reasonable accommodation for Tammi Fuqua's disability?**

_____ Yes           _____ No

*If your answer to Question 4 is "Yes," continue to Question 5.  If your answer to Question 4 is "No," <u>do not answer any further questions in Part A</u>, and continue to Part B.*

**5. Was UPS's failure to provide reasonable accommodation a substantial factor in causing harm to Tammi Fuqua?**

_____ Yes           _____ No

*Regardless of your answer to Question 5, continue to Part B.*

**PART B: FAILURE TO ENGAGE IN INTERACTIVE PROCESS**

*Do not answer any questions in this Part B unless you answered "Yes" to Question 1 in Part A.*

**6. Did Tammi Fuqua request that UPS make reasonable accommodation for her disability so that she would be able to perform the essential job requirements, or was UPS otherwise aware of Tammi Fuqua's need for a reasonable accommodation?**

_____ Yes           _____ No

*If your answer to Question 6 is "Yes," continue to Question 7.  If your answer to Question 7 is "No," <u>do not answer any further questions in Part B</u>, and continue to Part C.*

**7. Was Tammi Fuqua willing to participate in good faith in an interactive process to determine whether reasonable accommodation could be made so that Tammi Fuqua would be able to perform the essential job requirements?**

_____ Yes           _____ No

*If your answer to Question 7 is "Yes," continue to Question 8.  If your answer to Question 7 is "No," <u>do not answer any further questions in Part B</u>, and continue to Part C.*

**8. Did UPS fail to participate in a timely, good-faith interactive process with Tammi Fuqua to determine whether reasonable accommodation could be made?**

_____ Yes           _____ No

*If your answer to Question 8 is "Yes," continue to Question 9.  If your answer to Question 8 is*

*"No," do not answer any further questions in Part B, and continue to Part C.*

**9. Was UPS's failure to participate in a good-faith interactive process a substantial factor in causing harm to Tammi Fuqua?**

\_\_\_\_\_ Yes          \_\_\_\_\_ No

*If your answer to Question 9 is "Yes," continue to Question 10. If your answer to Question 9 is "No," do not answer any further questions in Part C, and continue to Part D.*

**10. At the time UPS failed to participate in a good-faith interactive process, was Tammi Fuqua able to perform the essential job duties with reasonable accommodation for her disability?**

\_\_\_\_\_ Yes          \_\_\_\_\_ No

*Regardless of your answer to Question 10, continue to Part C.*

**PART C: HARASSMENT**

*Do not answer any questions in this Part C unless you answered "Yes" to Question 1 in Part A.*

**11. Was Tammi Fuqua subjected to unwanted harassing conduct by a supervisor because she was disabled?**

\_\_\_\_\_ Yes          \_\_\_\_\_ No

*If your answer to Question 11 is "Yes," continue to Question 12. If your answer to Question 11 is "No," do not answer any further questions in Part C or Part D, and continue to Part E.*

**12. Was the harassment severe or pervasive?**

\_\_\_\_\_ Yes          \_\_\_\_\_ No

*If your answer to Question 12 is "Yes," continue to Question 13. If your answer to Question 12 is "No," do not answer any further questions in Part C or Part D, and continue to Part E.*

**13. Would a reasonable person in Tammi Fuqua's circumstances have considered the work environment to be hostile or abusive?**

\_\_\_\_\_ Yes          \_\_\_\_\_ No

*If your answer to Question 13 is "Yes," continue to Question 14. If your answer to Question 13 is "No," do not answer any further questions in Part C or Part D, and continue to Part E.*

**14.** **Did Tammi Fuqua consider the work environment to be hostile or abusive?**

_____ Yes          _____ No

*If your answer to Question 14 is "Yes," continue to Question 15.  If your answer to Question 14 is "No," <u>do not answer any further questions in Part C or Part D</u>, and continue to Part E.*

**15.** **Did UPS fail to take immediate and appropriate corrective action?**

_____ Yes          _____ No

*If your answer to Question 15 is "Yes," continue to Question 16.  If your answer to Question 15 is "No," <u>do not answer any further questions in Part C</u>, and continue to Part D.*

**16.** **Was the harassing conduct a substantial factor in causing harm to Tammi Fuqua?**

_____ Yes          _____ No

*Regardless of your answer to Question 16, continue to Part D.*

## PART D: FAILURE TO PREVENT HARASSMENT

*Do not answer any questions in this part unless you answered "Yes" to Question 14.*

**17.** **Did UPS fail to take all reasonable steps to prevent the harassment?**

_____ Yes          _____ No

*If your answer to Question 17 is "Yes," continue to Question 18.  If your answer to Question 17 is "No," <u>do not answer any further questions in Part D</u>, and continue to Part E.*

**18.** **Was UPS's failure to prevent the harassment a substantial factor in causing harm to Tammi Fuqua?**

_____ Yes          _____ No

*Regardless of your answer to Question 18, continue to Part E.*

4

**PART E: DISABILITY DISCRIMINATION—WRONGFUL DISCHARGE**

*Answer the questions in this Part E only if your answers to Questions 1, 2, and 3 in Part A were "Yes." If any of the answers to Questions 1, 2, and 3 in Part A were "No," continue to Part F and do not answer any questions in Part E.*

    **19.** **Did UPS discharge Tammi Fuqua?**

        \_\_\_\_\_ Yes          \_\_\_\_\_ No

*If your answer to Question 19 is "Yes," continue to Question 20. If your answer to Question 19 is "No," do not answer any further questions in Part E, and continue to Part F.*

    **20.** **Was Tammi Fuqua's disability a substantial motivating reason for UPS's decision to discharge Tammi Fuqua?**

        \_\_\_\_\_ Yes          \_\_\_\_\_ No

*If your answer to Question 20 is "Yes," continue to Question 21. If your answer to Question 20 is "No," do not answer any further questions in Part E, and continue to Part F.*

    **21.** **Was UPS's decision to discharge Tammi Fuqua a substantial factor in causing harm to Tammi Fuqua?**

        \_\_\_\_\_ Yes          \_\_\_\_\_ No

*Regardless of your answer to Question 21, continue to Part F.*

**Part F: Damages**

*Instructions: If you answered "Yes" to any of Questions 5, 10, 16, 18, and 21 (the final questions in each part), complete Part F by listing Tammi Fuqua's damages.*

*If you did not answer "Yes" to any of those questions, do not complete Part F. Sign and date the verdict form, and inform the courtroom deputy that you are finished.*

    a. Past economic loss      $ _____
       *(lost earnings and benefits)*

    b. Future economic loss      $ _____
       *(lost earnings and benefits)*

    c. Past noneconomic damages      $ _____
       *(mental suffering and emotional distress)*

    d. Future noneconomic damages      $ _____
       *(mental suffering and emotional distress)*

    **TOTAL:**      **$ _____**

**Sign and Date**

*When you are finished, have the presiding juror sign and date this form.*

Signed: _____
         Presiding Juror

Dated: _____
        Date

*After this verdict form has been completed and signed, notify the courtroom deputy that you are ready to present your verdict in the courtroom.*