UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMI FUQUA,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED PARCEL SERVICE, INC.,<br><br>    Defendant. | Case No. 16-cv-01193-JSC<br><br>**ORDER TO SHOW CAUSE REGARDING REQUEST FOR TRANSCRIPTS**<br><br>Re: Dkt. No. 167 |

Plaintiff Tammi Fuqua, proceeding in forma pauperis, has filed a notice of appeal and a request for trial transcripts at no cost. Pursuant to statute, before authorizing the provision of transcripts using public funds, "the trial judge or a circuit judge [must] certif[y] that the suit or appeal is not frivolous and that the transcript is needed to decide the issue presented by the suit or appeal." 28 U.S.C. § 753(f). Fuqua's notice of appeal does not identify the basis for her appeal. In order to determine whether Fuqua qualifies for transcripts at no cost, Fuqua is ORDERED to file a response identifying the grounds for her appeal no later than December 14, 2018.

The response ordered here is intended only to determine whether there is any non-frivolous basis for appeal that requires consideration of trial transcripts, and should not be construed as limiting in any way the arguments that Fuqua may raise on appeal.

**IT IS SO ORDERED.**

Dated: November 30, 2018

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge