UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMI FUQUA,<br>　　　　Plaintiff,<br>　　v.<br>UNITED PARCEL SERVICE, INC.,<br>　　　　Defendant. | Case No. 16-cv-01193-JSC<br><br>**ORDER DENYING REQUEST FOR TRANSCRIPTS**<br><br>Re: Dkt. No. 167 |

Plaintiff Tammi Fuqua, proceeding in forma pauperis, filed a notice of appeal and a request for trial transcripts at no cost. Pursuant to statute, before authorizing the provision of transcripts using public funds, "the trial judge or a circuit judge [must] certif[y] that the suit or appeal is not frivolous and that the transcript is needed to decide the issue presented by the suit or appeal." 28 U.S.C. § 753(f). Fuqua's notice of appeal did not identify the basis for her appeal.

In order to determine whether Fuqua qualified for transcripts at no cost, the Court previously issued an order to show cause (dkt. 168) requiring Fuqua to file a response identifying the grounds for her appeal no later than December 14, 2018. That date has passed and no response has been filed in this Court. Fuqua filed a response to this Court's order to show cause in the docket of her appeal before the Ninth Circuit, but the only reference to error at trial in that filing is as follows: "To make a long story short, The grounds for my appeal is jury instructions but not limited to this letter." *Fuqua v. United Parcel Serv., Inc.*, No. 17-18087, ECF Doc. No. 8 (9th Cir. Dec. 14, 2018). The Court is unable to determine from that statement any non-frivolous basis for appeal that would require consideration of trial transcripts.

The request for trial transcripts at no cost (dkt. 167) is therefore DENIED. If Fuqua continues to pursue her appeal without counsel, she is encouraged to review the resources that the

Ninth Circuit provides for pro se appellants at www.ca9.uscourts.gov/open_case_prose/ .

**IT IS SO ORDERED.**

Dated: January 3, 2019

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge